# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



-----------------------------------------------------------X
KENNETH ERIC WASHINGTON,
                Plaintiff,

-against-

18 **CIVIL** 7783 (NSR)

# JUDGMENT

C.O. L. PIPER; SHERIFF CARL E. DUBOIS,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 26, 2019, Defendants' motion to dismiss the Complaint is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
        November 27, 2019

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**

**BY:** _____
                                                  **Deputy Clerk**